1076

[No. 36824-9-I.    Division One.    January 21, 1997.]

BETTY M. KOHFELD, *Appellant*, v. UNITED PACIFIC
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-24892-3, R. Joseph Wesley, J., entered
May 18, 1995. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Grosse and Agid, JJ.
Now published at 85 Wn. App. 34.


[No. 36943-1-I.    Division One.    January 21, 1997.]

DONNIE R. STINNETT, ET AL., *Appellants*, v. DEBRA
BOECK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island
County, No. 94-2-00036-0, Alan R. Hancock, J., entered
June 16, 1995. *Affirmed* by unpublished per curiam
opinion.


[No. 37220-3-I.    Division One.    January 21, 1997.]

MARK A. KANE, *Appellant*, v. DECISION SERVCOM,
INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-02007-2, Jim Bates, J., entered August
11, 1995. *Affirmed in part, reversed in part* and *remanded*
by unpublished opinion per Coleman, J., concurred in by
Baker, C.J., and Becker, J.


[No. 37324-2-I.    Division One.    January 21, 1997.]

DANIEL E. COOK, as *Administrator, Appellant*, v.
UNIGARD INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-06109-5, Deborah Fleck, J., entered
September 15, 1995. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Kennedy, A.C.J., and Grosse, J.